RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHARLES M. DUFFY, Trial Attorney
Tax Division, U.S. Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6406
Facsimile:  (202) 307-0054
Email:    Charles.M.Duffy@usdoj.gov
Attorneys for the United States


KENJI M. PRICE, United States Attorney
HARRY YEE, Assistant United States Attorney
District of Hawaii
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RONALD B. STATON, BRENDA STATON, NAVY FEDERAL CREDIT UNION, CAPSTEAD MORTGAGE CORPORATION, STATE OF HAWAII,<br><br>        Defendants. | Case No. 1:12-cv-00319-ACK-KSC<br><br>**UNITED STATES' MOTION FOR AN ORDER CONFIRMING SALE, APPROVING COMMISSIONER'S REPORT AND DISTRIBUTING PROCEEDS** |

**UNITED STATES' MOTION FOR AN ORDER CONFIRMING SALE, APPROVING COMMISSIONER'S REPORT AND DISTRIBUTING PROCEEDS**

Plaintiff United States of America, through undersigned counsel, hereby moves for an order (1) confirming the Court Commissioner's sale of the subject property located at 233 Kalalau Street, Honolulu, Hawaii 96825 ("the property") that

1

took place on December 20, 2017; (2) approving the Report of the Commissioner; and (3) directing the distribution of Proceeds. In support thereof, the United States respectfully submits the following:

1.   The December 20, 2017 sale of the property by the Court's Commissioner Lyle Hosoda ("the Commissioner") to Mr. Jacob Wurthner ("Purchaser") in the amount of $1,135,000.00 as more particularly set forth in the Commissioner's Report filed with the Court on February 14, 2018 (ECF #270) should be confirmed and the Commissioner should be authorized and directed to execute and deliver a document of conveyance of the property to the Purchaser.

2.   The said sale to the Purchaser for the sum of $1,135,000.00 is fair and equitable and as high as any that can be obtained under the circumstances.

3.   The Commissioner's Report filed on February 14, 2018 should be approved.

4.   To the extent not already accomplished, the Commissioner should be authorized to accept the balance of the purchase price and deposit it with the Registry of the Court along with the initial deposit made by the Purchaser pending a final order that directs the distribution of the proceeds of the sale.

5. Upon confirmation of the sale of the property, the sale proceeds should be distributed as follows:

    a. To the Commissioner, a fee for his services in the amount of $30,065.00, an estimated fee for future services in the amount of $2,000, his expenses in the amount of $5,566.48 and related excise taxes of $1,416.67.[1] *See* the Commissioner's Report, at ¶¶ 66 and 68; *see also* the Court's August 31, 2015 Order (ECF #158), at page 17, ¶ 11;

    b. To the City and County of Honolulu, for any and all liens it may have on the property for unpaid real property taxes or special assessments at the time of the sale. *See* the Court's August 31, 2015 Order (ECF #158), at page 17, ¶ 11;

    c. To Defendant Capstead Mortgage ("Capstead") to (i) satisfy the balance due on its mortgage;[2] plus (ii) its reasonable attorney's fees and costs incurred regarding the mortgage. In its Notice filed on December 13, 2017, Capstead represented that the amount due on the mortgage

---

[1] The United States does not object to the Commissioner's fees and expenses.

[2] The United States previously stipulated that Capstead's mortgage has priority in this matter. *See* ECF #115.

3

was $294,965.64 and that it was also owed attorney's fees and costs. *See* ECF #236, at 2-3. The United States recently objected to Capstead's attorney's fees and costs that were set forth in Capstead's December 13, 2017 Notice (in the amount of $138,622.35) as being unreasonable. *See* ECF #269. The United States has not objected to the amount owed on the mortgage itself;

    d.    The remaining proceeds (after payment of amounts under paragraphs 5(a), 5(b) and 5(c), above) should be paid as follows:

        (i)    Fifty (50) percent of the remaining proceeds to Defendant Brenda Staton;[3] and

        (ii)    The other fifty (50) percent of the remaining proceeds should be paid to the United States to at least partially satisfy the federal tax liabilities owed by Defendant Ronald Staton. The aggregate balance owed to the United States, with interest calculated to March 30,

---

[3] Since the Statons own the property as tenants by the entirety and since the subject tax debts are Ronald Staton's debts, Brenda Staton is entitled to 50 percent of the proceeds from the sale after payment of the Commissioner's fees and expenses, the any outstanding real estate taxes and amounts due on the mortgage. *See generally* ECF #157 (Court's Order of August 31, 2015), at 17-18.

2018, is $412,166.31.[4]  *See* the United States' Notice of Updated Balance filed on February 15, 2018.  The check to the United States should be made payable to the "Department of Justice" and sent by Federal Express or UPS to:  DOJ Tax Flu-Office of Review, 555 Fourth Street NW (Room 6647), Washington, D.C.  20001; and

 e. In the unlikely event that the subject federal tax liabilities owed to the United States are fully satisfied by the amount paid to it under paragraph 5(d), above, then the State of Hawaii will be entitled to 50 percent of the remaining proceeds (after full payment to the United States) with the other 50 percent still being paid to Brenda Staton.[5]

 6. Based on the stipulation between the United States, Capstead and Defendant Navy Federal Credit Union ("NFCU"), any amount due to NFCU will be paid out of the amount of sale proceeds received by Capstead.  *See* ECF 269-1 (another copy of

---

[4] The United States is not seeking attorneys' fees or costs.

[5] The State of Hawaii stipulated that the federal tax liens have priority.  *See* ECF ##70 and 71; see also ECF #157 (Court's Order of August 31, 2015), at 5.  It is the United States' understanding that the State will hereafter file a Notice regarding the current amount that it is owed.

the Stipulation), at ¶10.  Thus, NFCU is not separately accounted for in paragraph 5, above.

    7.    Defendant Ronald Staton has pending a Bankruptcy Case in the United States Bankruptcy Court for the District of Hawaii (Case Number 17-1316).  However, the Bankruptcy Court recently lifted the automatic stay in that case to allow the December 20, 2017 Commissioner's sale of the property and also to allow the instant District Court to confirm the sale.  *See* ECF #267-1 (copy of the Bankruptcy Court's order that lifted the stay).

    8.    Defendant Ronald Staton and or Defendant Brenda Staton have filed four bankruptcy cases to try to stop the foreclosure of the property ordered by the District Court on August 31, 2015 (*i.e.* Bankruptcy Case numbers 15-1068, 16-1219, 17-0604 and 17-1316).  So far, the first three bankruptcy cases were dismissed without a bankruptcy plan being confirmed.  If the District Court sets a hearing on the instant motion, Brenda Staton – who currently is not in bankruptcy – may try to file another bankruptcy case[6] to prevent the hearing from taking place or at

---

[6] Brenda Staton's bankruptcy case (case number 17-604) was dismissed on November 3, 2017 and, pursuant to the Bankruptcy Court's order, she is barred from filing another bankruptcy case for 180 days from that date.  *See* ECF #75 in Bankruptcy case number 17-604.

6

least to delay it.  Thus, the District Court may want to enter an order on the instant motion without a hearing.

    9.   A proposed Order confirming the sale of the property is submitted herewith.

    Dated February 15, 2018.

                              RICHARD E. ZUCKERMAN
                            Principal Deputy Assistant
                               Attorney General

                            <u>/s/ Charles M. Duffy</u>
                            CHARLES M. DUFFY
                            Trial Attorney, Tax Division
                            U.S. Department of Justice

                            *Attorneys for the United States*

                            KENJI M. PRICE
                            United States Attorney
                            HARRY YEE
                            Assistant United States Attorney

                            *Of Counsel*

**CERTIFICATE OF SERVICE**

It is hereby certified that on February 15, 2018 I served a copy of the foregoing **UNITED STATES' MOTION FOR AN ORDER CONFIRMING SALE, APPROVING COMMISSIONER'S REPORT AND DISTRIBUTING PROCEEDS** on the CMF/ECF Participants registered with the Clerk of the Court in this case and also sent a copy by first class mail and electronic mail to:

```
Ronald Staton
Brenda Staton
233 Kalalau Street
Honolulu, HI 96825
```

/s/ Charles M. Duffy
CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice