cc: aed/ Mr. Staton Pd

Brenda Staton
233 Kalalau St.
Honolulu, HI 96825
808-282-6080
rstaton@mac.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 0 6 2018
at 2 o'clock and 00 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 1:12-CV-00319 ACKKSC |
| Plaintiff, | NOTICE OF APPEAL |
| v. | CERTIFICATE OF SERVICE |
| RONALD B STATON, BRENDA STATON, NAVY FEDERAL CREDIT UNION, CAPSTEAD MORTGAGE CORPORATION, STATE OF HAWAII, Defendants | |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT BRENDA L STATON AND RONALD B STATON, DEFENDANTS, IN THE ABOVE NAMED CASE, HEREBY APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE 9th CIRCUIT FROM THE ORDER CONFIRMING SALE, APPROVING COMMISSIONER'S REPORT AND DISTRIBUTING PROCEEDS, ENTERED IN THE ACTION ON THE 6th DAY OF APRIL 2018.

Brenda L. Staton
233 Kalalau St.
Honolulu, HI 96825

RESPECTFULLY SUBMITTED,
Ronald B Staton
Ronald B. Staton
233 Kalalau St.
Honolulu, HI 96825
808-282-6080

CERTIFICATE OF SERVICE

PARTIES SERVED

**LIST OF INTERESTED PERSONS**

Ronald B. Staton
233 Kalalau Street
Honolulu, HI 96825
808-282-6080

Charles M. Duffy, Attorney
Tax Division
U.S. Department of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044-0683

Damien A. Elefante
Office Attorney General Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Michael J. McGuigan, Jerrold K. Guen
Miranda F. Tsai, Lahela M. Hite
O'Connor Playdon & Guben, LLP
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813

Lyle S. Hosoda
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

*Ronald B. Staton*
RONALD B. STATON
233 KALALAU ST
HONOLULU, HI 96825
APRIL 6, 2018

2