# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-00319 ACK-KSC |
| | ) |
| **Ronald B. Staton; Brenda L.** | ) |
| **Staton; Navy Federal Credit** | ) |
| **Union; Capstead Mortgage** | ) |
| **Corporation; State of Hawaii** | ) |
| | ) |
| Respondent. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 27, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND AJUDGED that, pursuant to Title 28 U.S.C. 636(b)(1)(C) and Local rule 74.2, the "Findings and Recommendation Denying in Part and Granting in Part Defendants Navy Federal Credit Union and Capstead Mortgage Corporation's Motion for Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 18, 2018.



_____
Alan C. Kay
Sr. United States District Judge

United States v. Staton, Civ. No. 12-00319 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.